**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Puerto Rico**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **JOSE**<br>First name<br><br>**LUIS**<br>Middle name<br><br>**REYES AYALA**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **CHIARELIS**<br>First name<br><br>_____<br>Middle name<br><br>**RIVAS TORRES**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**DBA/JOSE L REYES AYALA**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **9** **7** **2** **0**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ | xxx - xx - **8** **6** **7** **4**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ |

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | |
|---|---|---|---|---|
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**4. Your Employer Identification Number (EIN), if any.**

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

---

**5. Where you live**

**BO CAGUITAS CENTRO**
Number          Street

**CARR 156 KM 53.6**

**Aguas Buenas, PR 00703**
City                          State      ZIP Code

**Aguas Buenas**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

**Po Box 9535**
P.O. Box

**Caguas, PR 00726-9535**
City                          State      ZIP Code

**If Debtor 2 lives at a different address:**

**PO Box 9535**
Number          Street

_____

**Caguas, PR 00726**
City                          State      ZIP Code

**Caguas**
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number          Street

_____
P.O. Box

_____
City                          State      ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408)

_____

_____

_____

_____

---

| Debtor 1 | **JOSE CHIARELIS** | **LUIS** | **REYES AYALA RIVAS TORRES** | |
|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

<table>
<tr><td colspan="2">**Part 2:**   Tell the Court About Your Bankruptcy Case</td></tr>
</table>

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | |
|---|---|---|---|---|
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**DBA/JOSE L REYES AYALA**
Name of business, if any

**PO Box 9535**
Number        Street

_____

**CAGUAS**                    **PR**        **00726**
City                        State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | |

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____
_____
_____

If immediate attention is needed, why is it needed?   _____
_____
_____

Where is the property?   _____

Number      Street

_____

City                              State      ZIP Code

| Debtor 1 | **JOSE CHIARELIS** | **LUIS** | **REYES AYALA RIVAS TORRES** | |
|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | |
|---|---|---|---|---|
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6:  Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:  Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ JOSE LUIS REYES AYALA**
JOSE LUIS REYES AYALA, Debtor 1
Executed on **10/24/2024**
MM/ DD/ YYYY

X **/s/ CHIARELIS RIVAS TORRES**
CHIARELIS RIVAS TORRES, Debtor 2
Executed on **10/24/2024**
MM/ DD/ YYYY

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | |
|---|---|---|---|---|
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** __/s/ Jesus Enrique Batista Sanchez__          Date __10/24/2024__

Signature of Attorney for Debtor                              MM / DD / YYYY

__Jesus Enrique Batista Sanchez__
Printed name

__The Batista Law Group, PSC__
Firm name

__239 Ave Arterial Hostos Ste 206__
Number          Street

__Capital Center Building__

__San Juan__                                                    __PR__     __00918-1475__
City                                                            State    ZIP Code

Contact phone __(787) 620-2856__          Email address __jeb@batistasanchez.com__

__USDC No. 227014__                                          __PR__
Bar number                                                    State

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**HATO REY DIVISION**

IN RE: **REYES AYALA, JOSE LUIS**                                CASE NO
**RIVAS TORRES, CHIARELIS**

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **10/24/2024**        Signature _____**/s/ JOSE LUIS REYES AYALA**_____
                                                                JOSE LUIS REYES AYALA, Debtor

Date  **10/24/2024**        Signature _____**/s/ CHIARELIS RIVAS TORRES**_____
                                                                CHIARELIS RIVAS TORRES, Joint Debtor

AMAZON
Po Box 1270
Newark, NJ 07101-1270


AMERICAN EXPRESS
PO Box 6031
Carol Stream, IL 60197-6031


AMERICAN EXPRESS
PO Box 1270
Newark, NJ 07101


BANCO POPULAR
PO Box 70100
San Juan, PR 00936


BANCO POPULAR DE PR
Po Box 362708
San Juan, PR 00936-2708


BANK OF AMERICA
PO Box 15284
Wilmington, DE 19850


BBY/CBNA
PO Box 790441
Saint Louis, MO 63179


CELTIC BANK
268 S State St Ste 300
Salt Lake Cty, UT 84111-5314

CESC-COVID EIDL SERVICE
CENTER
14925 KINGSPORT RD
Fort Worth, TX 76155


CITI
Po Box 6286
Sioux Falls, SD 57117-6286


DISCOVER BANK
PO Box 30939
Salt Lake City, UT 84130


First Bank
PO Box 9146
San Juan, PR 00908-0146


FIRSTBANK
Po Box 9146
San Juan, PR 00908-0146


GENERAL EQUIPMENT
FINANCIAL
602 Ave Fernandez Juncos Apt 2203
San Juan, PR 00907-3174


INTERNAL REVENUE SERVICE
PO Box 7346
Philadelphia, PA 19101


LUMA ENERGY
PO Box 363508
San Juan, PR 00936

ORIENTAL BANK
Po Box 364745
San Juan, PR 00936-4745

PAYPAL
PO Box 71718
Philadelphia, PA 19176-1718

PENTAGON FEDERAL CREDIT
UNION
PO Box456
Alexandria, VA 22313

POPULAR AUTO
PO Box 50045
San Juan, PR 00902

POPULAR AUTO
Po Box 70370
San Juan, PR 00936-8370

POPULAR MORTGAGE
Po Box 362708
San Juan, PR 00936-2708

SMALL BUSINESS
ADMINISTRATION
273 Ave Ponce De Leon Ste 510
San Juan, PR 00917-1937

SUNNOVA ENERGY
20 GREENWAY PLAZA SUITE 350
Houston, TX 77046

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
PO Box 965064
Orlando, FL 32896-5064


THD/CBNA
HOME DEPOT
P.O. Box 7032
Sioux Falls, SD 57117-7032

Certificate Number: 12459-PR-CC-038784755



12459-PR-CC-038784755

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2024</u>, at <u>5:06</u> o'clock <u>AM PDT</u>, <u>Jose Luis Reyes</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>District of Puerto Rico</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 20, 2024</u>              By:     <u>/s/Kimberly Botello-Almaguer</u>

Name:   <u>Kimberly Botello-Almaguer</u>

Title:   <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 12459-PR-CC-038784756



12459-PR-CC-038784756

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 20, 2024</u>, at <u>5:06</u> o'clock <u>AM PDT</u>, <u>Chiarelis Rivas</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Puerto Rico</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>August 20, 2024</u>          By:     <u>/s/Kimberly Botello-Almaguer</u>

                         Name:   <u>Kimberly Botello-Almaguer</u>

                         Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **CHIARELIS** | | **RIVAS TORRES** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of   **Puerto Rico**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|
| **1** **POPULAR MORTGAGE** Creditor's Name **Po Box 362708** Number     Street **San Juan, PR 00936-2708** City     State     ZIP Code Contact Contact phone | What is the nature of the claim? _____ As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed ☑ None of the above apply Does the creditor have a lien on your property? ☐ No ☑ Yes. Total claim (secured and unsecured): **$137,264.00** Value of security: **$0.00** Unsecured **$137,264.00** | **$137,264.00** |
| **2** **SMALL BUSINESS ADMINISTRATION** Creditor's Name **273 Ave Ponce De Leon Ste 510** Number     Street **San Juan, PR 00917-1937** City     State     ZIP Code Contact Contact phone | What is the nature of the claim?   **PERSONAL LOAN** As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed ☑ None of the above apply Does the creditor have a lien on your property? ☑ No ☐ Yes. Total claim (secured and unsecured): _____ Value of security: _____ Unsecured _____ | **$79,200.00** |

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | |

| | | | **Unsecured claim** |
|---|---|---|---|

**3**

**FIRSTBANK**
Creditor's Name

**Po Box 9146**
Number        Street

**San Juan, PR 00908-0146**
City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?        **LEASE**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$40,101.28**
         Value of security:        **$10,000.00**
         Unsecured        **$30,101.28**

**$30,101.28**

---

**4**

**INTERNAL REVENUE SERVICE**
Creditor's Name

**PO Box 7346**
Number        Street

**Philadelphia, PA 19101**
City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?        **Taxes or Penalties Owed to Governmental Units**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$31,533.19**
         Value of security:        **$0.00**
         Unsecured        **$31,533.19**

**$31,533.19**

---

**5**

**POPULAR AUTO**
Creditor's Name

**Po Box 70370**
Number        Street

**San Juan, PR 00936-8370**
City          State          ZIP Code

Contact

Contact phone

What is the nature of the claim?

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$29,760.00**
         Value of security:        **$1.00**
         Unsecured        **$29,759.00**

**$29,759.00**

---

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | |

**Unsecured claim**

---

**6**  **POPULAR AUTO**  | **$5,015.08**

Creditor's Name

**What is the nature of the claim?** _____

**PO Box 50045**

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**San Juan, PR 00902**

City        State        ZIP Code

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$19,015.08**

Contact

Value of security:        **$14,000.00**

Contact phone

Unsecured        **$5,015.08**

---

**7**  **GENERAL EQUIPMENT FINANCIAL**  | **$11,287.49**

Creditor's Name

**What is the nature of the claim?** _____

**602 Ave Fernandez Juncos Apt 2203**

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**San Juan, PR 00907-3174**

City        State        ZIP Code

**Does the creditor have a lien on your property?**

☐ No
☑ Yes. Total claim (secured and unsecured):        **$11,287.49**

Contact

Value of security:        **$0.00**

Contact phone

Unsecured        **$11,287.49**

---

**8**  **DISCOVER BANK**  | **What is the nature of the claim?**  **Credit Card**  | **$8,391.00**

Creditor's Name

**PO Box 30939**

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Salt Lake City, UT 84130**

City        State        ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

Value of security: _____

Contact phone

Unsecured _____

---

**9**  **BANCO POPULAR DE PR**  | **What is the nature of the claim?**  **Credit Card**  | **$7,202.00**

Creditor's Name

**Po Box 362708**

**As of the date you file, the claim is:** Check all that apply.

Number        Street

☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**San Juan, PR 00936-2708**

City        State        ZIP Code

**Does the creditor have a lien on your property?**

☑ No
☐ Yes. Total claim (secured and unsecured): _____

Contact

Value of security: _____

Contact phone

Unsecured _____

---

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | |

|  | | **Unsecured claim** |
|---|---|---|

**10** **CELTIC BANK**
Creditor's Name

**268 S State St Ste 300**
Number        Street

**Salt Lake Cty, UT 84111-5314**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**  _____   **$6,714.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

---

**11** **SYNCHRONY BANK**
Creditor's Name

**ATTN: BANKRUPTCY DEPT.**

**PO Box 965064**
Number        Street

**Orlando, FL 32896-5064**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Credit Card - NETWRK**   **$6,448.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

---

**12** **AMERICAN EXPRESS**
Creditor's Name

**PO Box 6031**
Number        Street

**Carol Stream, IL 60197-6031**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Credit Card**   **$6,085.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

---

**13** **SYNCHRONY BANK**
Creditor's Name

**ATTN: BANKRUPTCY DEPT.**

**PO Box 965064**
Number        Street

**Orlando, FL 32896-5064**
City        State        ZIP Code

Contact

Contact phone

**What is the nature of the claim?**   **Credit Card - CARE CREDIT**   **$5,952.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security: _____
        Unsecured _____

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | |

| | | | | **Unsecured claim** |
|---|---|---|---|---|

**14** | **AMERICAN EXPRESS**
Creditor's Name

**PO Box 1270**
Number    Street


**Newark, NJ 07101**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
      Value of security: _____
      Unsecured _____

**$5,180.00**

---

**15** | **BANK OF AMERICA**
Creditor's Name

**PO Box 15284**
Number    Street


**Wilmington, DE 19850**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
      Value of security: _____
      Unsecured _____

**$5,082.00**

---

**16** | **CITI**
Creditor's Name

**Po Box 6286**
Number    Street


**Sioux Falls, SD 57117-6286**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
      Value of security: _____
      Unsecured _____

**$4,098.00**

---

**17** | **BANK OF AMERICA**
Creditor's Name

**PO Box 15284**
Number    Street


**Wilmington, DE 19850**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
      Value of security: _____
      Unsecured _____

**$3,950.00**

| Debtor 1 | **JOSE** | **LUIS** | **REYES AYALA** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **CHIARELIS** | | **RIVAS TORRES** | |
| | First Name | Middle Name | Last Name | |

| | | **Unsecured claim** |
|---|---|---|

| **18** | **AMERICAN EXPRESS** | What is the nature of the claim? **Credit Card** | **$3,461.00** |
|---|---|---|---|

Creditor's Name

**PO Box 6031**

Number        Street

**Carol Stream, IL 60197-6031**

City        State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

| **19** | **SYNCHRONY BANK** | What is the nature of the claim? **Credit Card - NETWRK** | **$3,313.00** |
|---|---|---|---|

Creditor's Name

**ATTN: BANKRUPTCY DEPT.**

**PO Box 965064**

Number        Street

**Orlando, FL 32896-5064**

City        State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

| **20** | **AMAZON** | What is the nature of the claim? **Credit Card** | **$3,000.00** |
|---|---|---|---|

Creditor's Name

**Po Box 1270**

Number        Street

**Newark, NJ 07101-1270**

City        State        ZIP Code

Contact

Contact phone

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security: _____
  - Unsecured _____

| **Part 2:** | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ JOSE LUIS REYES AYALA**

Signature of Debtor 1

X    **/s/ CHIARELIS RIVAS TORRES**

Signature of Debtor 2

Date    **10/24/2024**

MM / DD / YYYY

Date    **10/24/2024**

MM / DD / YYYY